# NO. 12-23-00138-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *THOMAS FULLER MASON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Thomas Fuller Mason filed this original proceeding to challenge Respondent's denial of his motion for protection.[1]  On July 21, 2023, this Court conditionally granted the petition in part and directed Respondent to (1) vacate his May 10, 2023, order denying Relator's motion for protection and ordering Relator to respond to five categories of documents identified in a subpoena from Real Parties in Interest Maja Mason Steele and Thomas Theron Mason, and in its stead, (2) to issue an order imposing limits on categories one, two, three, and five, and compelling Relator to respond to only categories one, two, three, and five, as limited.  By an order signed on August 10, Respondent complied with this Court's opinion and order, rendering this proceeding moot.  Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered August 31, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable J. Clay Gossett, Judge of the 4th District Court in Rusk County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 31, 2023**

**NO. 12-23-00138-CV**

**THOMAS FULLER MASON,**
Relator
V.

**HON. JUDGE J. CLAY GOSSETT,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Thomas Fuller Mason; who is the relator in appellate cause number 12-23-00138-CV and the defendant in trial court cause number 2020-160, pending on the docket of the 4th Judicial District Court of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on May 19, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*